SIMON FELDMAN, Respondent, v. CHARLES POLAKOFF, Appellant.— Time within which appellant shall file and serve printed papers and briefs extended to October fifteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARCUS A. JOHENGEN, Respondent, v. THE SALVATION ARMY, INCORPORATED, and Others, Appellants.—Appeal dismissed unless appellants shall file and serve printed papers and briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

NICHOLAS J. DEVEREAUX and Another, Respondents, v. IDA K. RODER and Others, Appellants.— Motion granted and appeals dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLIFFORD M. TORRENCE, Appellant, v. JOHN LIBROCK, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ADOLPH SCHRADER, Respondent, v. JAMES HINCHEY, Appellant.— Order entered September 21, 1931, vacated upon stipulation. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CLAWSON & WILSON COMPANY, Respondent, v. CHAUTAUQUA STORAGE AND TRANSFER COMPANY, Appellant, Impleaded with Others, Defendants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DOROTHY K. WITZEL, Appellant, v. THOMAS H. FARRELL, Respondent, Impleaded with Another, Defendant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MOODY L. RUPP, Respondent, v. JEROME HEIMILLER, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Custody of AMY COLWELL, an Infant under the Age of Fourteen Years. MARIE COLWELL, Appellant; HERBERT W. ROOD and Another, Respondents.— Final order affirmed, with costs to the respondent Herbert W. Rood against the petitioner. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANK TOBOLSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the record is barren of evidence of negligence on the part of the defendant. (See Creenan v. International Railway Company, 139 App. Div. 863.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JEWETT & COMPANY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment of Special Term reversed on the facts and a new trial granted in the City Court, with costs in all courts to appellant to abide the event, on the ground that the finding of the jury on the question of defendant's negligence is against the weight of the evidence. All concur, except Sears, P. J., and Crouch, J., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.